NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FURNITURE BRANDS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1059

---

Appeal from the United States Court of International Trade in case no. 07-CV-0026, Judge Timothy C. Stanceu.

---

ON MOTION

## ORDER

Furniture Brands International, Inc. submits a motion for an injunction, pending appeal, to prohibit the United States from distributing funds currently being held for Furniture Brands.

Upon consideration thereof,

IT IS ORDERED THAT:

The United States is directed to respond by February 28, 2012. Any other appellee who intends to respond must respond by that date.

FOR THE COURT

FEB 2 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
Patrick V. Gallagher, Esq.
Jessica R. Toplin, Esq.
David W. DeBruin, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK